UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SIMON J. BURCHETT PHOTOGRAPHY, INC.,

                Plaintiff,

    -against-

BMAG, Inc.,

                Defendant.

-----------------------------------------------------------------X

1:20-CV-04070 (PAE)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2020

**SARAH NETBURN, United States Magistrate Judge:**

    On May 27, 2020, Plaintiff filed this action. Defendant was served the complaint and accompanying exhibits on July 27, 2020. Defendant's answer was due on August 17, 2020. Defendant has failed to appear or answer or otherwise respond to the complaint. Accordingly, Plaintiff is directed to advise the Court as to whether Plaintiff intends to move for Default Judgment, pursuant to Federal Rule of Civil Procedure 55, no later than October 9, 2020.

**SO ORDERED.**

DATED:    New York, New York
               September 28, 2020

_____
SARAH NETBURN
United States Magistrate Judge